UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHRISTY MARIE STINEBERT,<br>      Debtor | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>      Movant | :<br>: CASE NO. 1:24-bk-02254-HWV<br>: |
| vs. | :<br>: |
| CHRISTY MARIE STINEBERT,<br>      Respondent | :<br>: |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of February, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. The Debtor's Plan fails to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test. It should be $18,667.80 per the Debtor's own Means Test.

2. The Debtor's Plan violates 11 U.S.C. § 1325(b)(1) in that the Plan does not provide for the payment of all the Debtor's projected disposable income for a minimum period of five (5) years.

3. The Debtor's Plan is underfunded since it does not pay the Means Test minimum to unsecured creditors, plus payments on secured debts.

4. The Debtor's Plan incorrectly states that the Debtor is below median income. Actually, the Debtor is above median income.

WHEREFORE, the Trustee alleges and avers that the Debtor's Plan cannot be confirmed, and therefore, the Trustee prays that this Honorable Court will:

    a. deny confirmation of the Debtor's Plan;
    b. dismiss or convert Debtor's case; and
    c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
       Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 21st day of February, 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Chad J. Julius, Esquire
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111-5212

        /s/Derek M. Strouphauer, Paralegal
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee