# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTY MARIE STINEBERT : CHAPTER 13
        Debtor(s) :
         :
        JACK N. ZAHAROPOULOS :
        STANDING CHAPTER 13 TRUSTEE :
        Movant :
         :
        vs. :
         :
        CHRISTY MARIE STINEBERT :
        Respondent(s) : CASE NO.   1-24-bk-02254

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 15th day of April, 2025, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about March 27, 2025, be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 15th day of April, 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Chad J. Julius, Esquire
8150 Derry Street
Harrisburg, PA 17111

                        /s/Paige Niemond
                        Office of Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee