IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTY MARIE STINEBERT, | : | |
|     Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:24-bk-02254-HWV |
| CHRISTY MARIE STINEBERT, | : | |
|     Movant, | : | |
| | : | |
| MICHAEL J. AND KAREN SCHILLING, | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
| SUN EAST FEDERAL CREDIT UNION, | : | |
| AND JACK N ZAHAROPOULOS, | : | |
|     Chapter 13 Trustee | : | |
|     Respondents | : | |

## NOTICE TO CREDITORS ON THE DEBTORS' MOTION FOR AUTHORITY TO SELL REAL ESTATE FREE AND CLEAR OF ALL CLAIMS, LIENS, AND ENCUMBRANCES

To all creditors and parties-in-interest, please take notice:

1. Christy Marie Stinebert, Debtor, filed a Motion for Authority to Sell an Real Estate Free and Clear of all Claims, Liens, and Encumbrances, hereafter referred to as "Motion."

2. According to the terms of the Motion, Debtor seeks permission to sell 412 Spring Forge Drive, Spring Grove, Pennsylvania 17362 to Michael J. and Karen Schilling to a non-relative and non-insider, for Three Hundred Seventy-Four Thousand Nine Hundred Dollars and Zero Cents ($374,900.00) pursuant to 11 U.S.C. § 363(F)

3. It is averred that this sale is an arm's length transaction for fair market value as required by law. Debtor also requests that this Court waive *Rule 6004(g)*.

4. If the Court grants to the Debtor the authority to sell said real estate in accordance with the Agreement of Sale, Debtor will receive all proceeds from the sale and proceeds and no proceeds paid to the Chapter 13 Trustee.

5. Any and all answers, objections, and/or responsive pleadings to the Motion for Sale or any competing offer should be filed with the Clerk of Court, at the address listed in ¶5 of this Notice, and served upon Debtor's Attorney by the twenty first (21ˢᵗ) day after service of this Notice. In absence of the filing of any answer, objection and/or responsive pleading or competing offer, the Court may, upon review of the record, enter an order granting the Motion and approving the relief sought without a formal hearing on the matter.

6. Copies of the Motion are attached hereto but also may be found at

> U.S. BANKRUPTCY COURT
> SYLVIA H. RAMBO US COURT HOUSE
> 1501 North 6th Street
> Harrisburg, PA 17102

and may be examined by all interested parties during regular business hours. Copies may be obtained from the Debtor's Attorney.

7. If responses are filed, a hearing on said motion and responses will be held:

| | | | |
|---|---|---|---|
| DATE: | October 21, 2025 | PLACE: | Bankruptcy Courtroom 4B |
| TIME: | 9:30 am. | | United States Bankruptcy Court |
| | | | Sylvia H. Rambo US Courthouse, |
| | | | 1501 N. 6th Street |
| | | | Harrisburg, Pennsylvania 17102 |

8. Attorney for Debtor is:

> Chad J. Julius
> Jacobson, Julius & Harshberger
> 8150 Derry Street, Suite A
> Harrisburg, PA 17111
> (717) 909-5858
> (717) 909-7788 [fax]

Dated: September 19, 2025

s/Chad J. Julius
Attorney for Debtor

2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christy Marie Stinebert,

**Debtor 1**

Chapter: 13

Case number: 1:24-bk-02254-HWV

Document Number: 35

Matter: Motion for Sale Free and Clear of Liens

CHRISTY MARIE STINEBERT
**Movant(s)**

vs.

MICHAEL J. AND KAREN SCHILLING, LAKEVIEW LOAN SERVICING, LLC,
SUN EAST FEDERAL CREDIT UNION, and JACK N ZAHAROPOULOS
**Respondent(s)**

### Order

    Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above-referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001-6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

    **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse, Bankruptcy<br>Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: 10/21/25<br>Time: 09:30 AM |
|---|---|

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 17, 2025

Initial requests for a continuance of hearing (*L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074-1.

Photo identification is required upon entering the Courthouse.
orreshrg(5/18)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTY MARIE STINEBERT, | : | |
| Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:24-bk-02254-HWV |
| CHRISTY MARIE STINEBERT, | : | |
| Movant, | : | |
| | : | |
| MICHAEL J. AND KAREN SCHILLING, | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
| SUN EAST FEDERAL CREDIT UNION, | : | |
| AND JACK N ZAHAROPOULOS, | : | |
| Chapter 13 Trustee | : | |
| Respondents | : | |

## MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS

**AND NOW COMES**, Debtor, Christy Stinebert, by and through her attorneys, Jacobson, Julius & Harshberger, who submit this Motion to Sell 412 Spring Forge Drive, Spring Grove, Pennsylvania 17362, Free and Clear of All Claims, Liens, pursuant to 11 U.S.C. 363(F) and in support thereof states as follows:

1. Debtor filed a Voluntary Petition under the United States Bankruptcy Code, 11 U.S.C. § 1301 et. seq. on March 4, 2025.

2. This Honorable Court holds jurisdiction over this matter under 28 U.S.C. § 1334 and 11 U.S.C. § 363.

3. Debtor and her husband own real estate located at 412 Spring Forge Drive, Spring Grove, Pennsylvania 17362 (hereinafter the "Property").

4. Debtor files this Motion to sell the above Property to Michael J. and Karen Schilling (hereinafter "Buyers"), a non-relative and non-insider, for Three Hundred Seventy-

1

Four Thousand Nine Hundred Dollars and Zero Cents ($374,900.00) pursuant to 11 U.S.C. § 363(F). See the true and correct copy of the Agreement for the Sale of Real Estate is attached hereto and made part hereof as "Exhibit A".

5. Respondent, the honorable Jack N. Zaharopoulos has been duly appointed as the Chapter 13 Trustee.

6. Respondent, Michael J. and Karen Schilling (hereinafter "Buyers") is the prospective purchaser of the real estate that is the subject of this Motion. Buyer has an address 58 Valley Forge Drive, Bohemia, New York, 11716. Mr. and Mrs. Schilling were represented by Ethan Funderburk of Real Broker, LLC of Pennsylvania, with an address of 2056 Springwood Road, Suite 1, York, PA 17403.

7. To the Best of the Debtor's knowledge, all of the parties who have a lien or interest in said property include, the following:

    a. Respondent, Lakeview Loan Servicing, LLC, holds a mortgage on the property with an approximate balance due of One Hundred Eighty-Six Thousand Nine Hundred Seven Dollars and Thirty-Four Cents ($186,907.34). Lakeview Loan Servicing, LLC filed proof of claim #6 in this case. In its claim Lakeview Loan Servicing, LLC requests that notices be sent to LoanCare, LLC 3637 Sentara Way, Virginia Beach, Virginia, 23452. This claim will be paid in full at closing or the sale will not proceed.

    b. Respondent, Sun East Federal Credit Union ("Sun East FCU") holds a mortgage on the property in the estimated amount of Sixty Four Thousand Four Hundred Twenty Eight Dollars and Zero Cents ($64,428.01). Sun East FCU filed proof of claim #10 in Debtor's bankruptcy case. In its claim, Sun East FCU requests that notices be sent

to 4500 Pennell Road Aston, PA 19014. This claim will be paid in full at closing or the sale will not proceed.

      c.    Debtor believes there are no other encumbrances against the property.

8.    Debtor is represented by James Dickerson of Keller Williams Gateway, LLC. Debtor's realtor has an address of 8015 Corporate Drive, Suite C, Nottingham, Maryland, 21236.

9.    Debtor and Agent negotiated with Buyer, and their Agent, and ultimately landed on the deal and transaction that is presented by this Motion. Both Debtor and undersigned counsel believe the deal to be a fair offer and ask the court to approve the same. Debtor agreed to pay a real estate commission up to six (6%) percent which is commercially reasonable.

10.    Debtor believes the sale of her joint real estate, approved by the court, will allow her and her husband to move closer to husband's employer in Maryland. They intend to remain in Pennsylvania but closer to the Pennsylvania/Maryland line.

11.    Upon the filing of this bankruptcy, the Debtor elected state exemptions. This sale is of the Debtor and her husband's principal residence, and she is therefore entitled exempt the full proceeds of the sale pursuant to 11 U.S.C. § 522(b)(3)(B).

12.    No proceeds from the sale of the real estate shall be paid to the Chapter 13 Trustee from the sale.

13.    Debtor's Husband, Christopher Stinebert, fully concurs in the relief requested in this motion.

**WHEREFORE**, Debtor requests that this Honorable Court issue and Order approving the sale of the aforesaid real estate, free and clear of liens and the distribution of proceeds as set forth below. Debtor further requests that this Honorable Court order that Rule 6004(h) is not

3

applicable and that the real property may be sold and purchased immediately upon the Order of Court approving the same:

1. Payment of all closing costs that Debtor may be liable.

2. Payment of any and all other miscellaneous fees involved in the sale including real estate commission.

3. Payment in full of all liens or encumbrances including those held by:

    a. Lakeview Loan Servicing, LLC

    b. Sun East Federal Credit Union

    c. In the event that all liens listed in a-c above are not paid in full the sale will not occur.

4. All net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, shall be paid to the Debtors at closing pursuant to 11 U.S.C. § 522(b)(3)(B).

Respectfully submitted,

JACOBSON, JULIUS & HARSHBERGER

Date: September 16, 2025     By:     s/ Chad J. Julius
                                     Chad J. Julius
                                     Jacobson, Julius & Harshberger
                                     Supreme Court I.D. No.209496
                                     8150 Derry Street, Ste. A
                                     Harrisburg, PA 17111
                                     717.909.5858
                                     717.909.7788
                                     Attorney for Debtor

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTY MARIE STINEBERT, | : | |
| Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:24-bk-02254-HWV |
| CHRISTY MARIE STINEBERT, | : | |
| Movant, | : | |
| | : | |
| MICHAEL J. AND KAREN SCHILLING, | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
| SUN EAST FEDERAL CREDIT UNION, | : | |
| AND JACK N ZAHAROPOULOS, | : | |
| Chapter 13 Trustee | : | |
| Respondents | : | |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto,

IT IS HEREBY ORDERED AND DECREED that the sale of real estate at 412 Spring Forge Drive, Spring Grove, Pennsylvania 17362, free and clear of liens, to Michael J. and Karen Schilling for Three Hundred Seventy-Four Thousand Nine Hundred Dollars and Zero Cents ($374,900.00) is approved and the distribution of the proceeds as set forth below shall be permitted:

1.  Payment of all closing costs that Debtor may be liable including real estate commission.

2.  Payment in full of all liens or encumbrances including those held by:

    a.  Lakeview Loan Servicing, LLC

    b.  Sun East Federal Credit Union

    c.  In the event that all liens listed in a-c above are not paid in full the sale will not occur.

5

3. All net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, shall be paid to the Debtors at closing pursuant to 11 U.S.C. § 522(b)(3)(B).

**IT IS FURTHER ORDERED** that the fourteen (14) day stay period as required under Rule 6000(h) is hereby waived and that Movant, its successors in interest and/or its assigns, may act immediately upon this Order.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTY MARIE STINEBERT, | : | |
| Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:24-bk-02254-HWV |
| CHRISTY MARIE STINEBERT, | : | |
| Movant, | : | |
| | : | |
| MICHAEL J. AND KAREN SCHILLING, | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
| SUN EAST FEDERAL CREDIT UNION, | : | |
| AND JACK N ZAHAROPOULOS, | : | |
| Chapter 13 Trustee | : | |
| Respondents | : | |

## ABBOTTS DAIRY'S AFFIDAVIT

Debtors' counsel, Chad J. Julius, inquired with the realtor James Dickerson of the Keller Williams Gateway, LLC and was informed of the following:

1. The subject property was listed on the Multi List on August 2, 2025.

2. The initial price was $374,900.00. There was a total of 7 showings. The only full-price non-contingent offer was accepted.

3. The price that was accepted was a full price offer.

4. The price accepted was the highest price offered.

5. The property went under contract on September 11, 2025.

6. There is no connection between the proposed Buyer and the Debtor.

7. The price offered and accepted by the Debtor is appropriate given the condition of the property and the marketing of the same.

7

Respectfully submitted,

JACOBSON, JULIUS & HARSHBERGER

Date: September 16, 2025         By:     s/ Chad J. Julius
                                         Chad J. Julius
                                         Jacobson, Julius & Harshberger
                                         Supreme Court I.D. No.209496
                                         8150 Derry Street, Ste. A
                                         Harrisburg, PA 17111
                                         717.909.5858
                                         717.909.7788 [fax]
                                         Attorney for Debtor

8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTY MARIE STINEBERT, | : | |
|     Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:24-bk-02254-HWV |
| CHRISTY MARIE STINEBERT, | : | |
|     Movant, | : | |
| | : | |
| MICHAEL J. AND KAREN SCHILLING, | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
| SUN EAST FEDERAL CREDIT UNION, | : | |
| AND JACK N ZAHAROPOULOS, | : | |
|     Chapter 13 Trustee | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, Dera Shade, of Jacobson, Julius & Harshberger, hereby certify that on September 19, 2025, a true and correct copy of DEBTOR'S MOTION TO SELL (Exhibit A), ORDER SETTING RESPONSE DATE AND HEARING DATE (Exhibit B), and NOTICE TO CREDITORS AND PARTIES IN INTEREST was served via electronic-notice and/or by first-class mail, postage prepaid on the following:

JACK N. ZAHAROPOULOS, ESQUIRE
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the U.S. Trustee
Sylvia H. Rambo US Courthouse, Bankruptcy
1501 N. 6th Street
Harrisburg, Pennsylvania 17102

Michael and Karen Schilling
58 Valley Forge Drive,
Bohemia, New York, 11716

LoanCare, LLC
3637 Sentara Way,
Virginia Beach, Virginia, 23452.

3

Sun East FCU
4500 Pennell Road
Aston, PA 19014

James Dickerson of Keller Williams Gateway, LLC.
8015 Corporate Drive, Suite C,
Nottingham, Maryland, 21236.

Ethan Funderburk of Real Broker, LLC of Pennsylvania
2056 Springwood Road, Suite 1,
York, PA 17403.

All creditors on the attached mailing matrix.

Dated: September 19, 2025                         s/Dera Shade

4

```
Label Matrix for local noticing            U.S. Bankruptcy Court                      Affirm, Inc.
0314-1                                     Sylvia H. Rambo US Courthouse              Attn: Bankruptcy
Case 1:24-bk-02254-HWV                     1501 N. 6th Street                         650 California St, Fl 12
Middle District of Pennsylvania            Harrisburg, PA 17102-1104                  San Francisco, CA 94108-2716
Harrisburg
Fri Sep 19 13:41:56 EDT 2025

Affirm, Inc.                               Aidvantage on behalf of                    Barclays Bank Delaware
Resurgent Capital Services                 Dept of Ed Loan Services                   Attn: Bankruptcy
PO Box 10587                               P.O. Box 300001                            125 South West St
Greenville, SC 29603-0587                  Greenville, TX 75403-3001                  Wilmington, DE 19801-5014


Chase Card Services                        Citibank                                   Citibank/Best Buy
Attn: Bankruptcy                           Citicorp Cr Srvs/Centralized Bankruptcy    Citicorp Cr Srvs/Centralized Bankruptcy
P.O. 15298                                 Po Box 790040                              Po Box 790040
Wilmington, DE 19850-5298                  St Louis, MO 63179-0040                    St Louis, MO 63179-0040


Comenity/Ulta                              Comenity/Wyndham                           Comenitybank/New York
Attn: Bankruptcy Dept                      Attn: Bankruptcy                           Attn: Bankruptcy
Po Box 182125                              Po Box 182125                              Po Box 182125
Columbus, OH 43218-2125                    Columbus, OH 43218-2125                    Columbus, OH 43218-2125


Discover Bank                              Discover Financial                         Glatco Credit Union
PO Box 3025                                Attn: Bankruptcy                           Pob 197
New Albany, OH  43054-3025                 Po Box 3025                                Spring Grove, PA 17362-0197
                                           New Albany, OH 43054-3025


Internal Revenue Service                   JPMorgan Chase Bank, N.A.                  Kohl's
600 Arch Street                            s/b/m/t Chase Bank USA, N.A.               Attn: Credit Administrator
Philadelphia, PA 19196-1611                c/o National Bankruptcy Services, LLC      Po Box 3043
                                           P.O. Box 9013                              Milwaukee, WI 53201-3043
                                           Addison, Texas 75001-9013


LoanCare Llc                               LoanCare, LLC                              Navient
Attn: Bankruptcy                           3637 Sentara Way                           Attn: Bankruptcy
Po Box 8068, VA 23452                      Virginia Beach, VA 23452-4262              Po Box 9635
                                                                                      Wilkes Barre, PA 18773-9635


Navient                                    Point Breeze Credit Union                  Resurgent Receivables, LLC
Attn: Claims/Bankruptcy                    11104 Mccormick Road                       Resurgent Capital Services
Po Box 9635                                Hunt Valley MD 21031-1404                  PO Box 10587
Wilkes-Barre, PA 18773-9635                                                           Greenville, SC 29603-0587


Sun East Federal Cr Un                     Sun East Federal Credit Union              Synchrony Bank
Duttons Mill &                             4500 Pennell Road                          by AIS InfoSource LP as agent
Aston, PA 19014                            Aston, PA 19014-1862                       PO Box 4457
                                                                                      Houston, TX  77210-4457


Synchrony Bank/Amazon                      Synchrony Bank/TJX                         (p)US BANK
Attn: Bankruptcy                           Attn: Bankruptcy                           PO BOX 5229
Po Box 965060                              Po Box 965060                              CINCINNATI OH 45201-5229
Orlando, FL 32896-5060                     Orlando, FL 32896-5060
```

```
US Bank/RMS                         United States Trustee              Wells Fargo Dealer Services
Attn: Bankruptcy                    US Courthouse                      Attn: Bankruptcy
Po Box 5229                         1501 N. 6th St                     1100 Corporate Center Drive
Cincinnati, OH 45201-5229           Harrisburg, PA 17102-1104          Raleigh, NC 27607-5066


Chad J. Julius                      Christy Marie Stinebert            (p)JACK N  ZAHAROPOULOS
Jacobson, Julius & Harshberger      412 Spring Forge Drive             ATTN CHAPTER 13 TRUSTEE
8150 Derry Street                   Spring Grove, PA 17362-1410        8125 ADAMS DRIVE SUITE A
Harrisburg, PA 17111-5212                                              HUMMELSTOWN PA 17036-8625
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
US Bank                             Jack N Zaharopoulos
Attn: Bankruptcy                    Standing Chapter 13
800 Nicollet Mall                   (Trustee)
Minneapolis, MN 55402               8125 Adams Drive, Suite A
                                    Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LAKEVIEW LOAN SERVICING, LLC     End of Label Matrix
                                    Mailable recipients   35
                                    Bypassed recipients    1
                                    Total                 36
```