United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-02254-HWV |
| Christy Marie Stinebert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Michael and Karen Schilling, 58 Valley Forge Drive, Bohemia, NY 11716-4024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5667387 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 15 2025 19:20:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5668668 | + Email/Text: collections@suneast.org | Oct 15 2025 19:20:00 | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Christy Marie Stinebert cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTY MARIE STINEBERT, | : | |
|     Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:24-bk-02254-HWV |
| CHRISTY MARIE STINEBERT, | : | |
|     Movant, | : | |
| | : | |
| MICHAEL J. AND KAREN SCHILLING, | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
| SUN EAST FEDERAL CREDIT UNION, | : | |
| AND JACK N ZAHAROPOULOS, | : | |
|     Chapter 13 Trustee | : | |
|         Respondents | : | |

**ORDER**

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens, Doc. 35, and no objections or answers having been filed, it is

**ORDERED** that the sale of real estate at 412 Spring Forge Drive, Spring Grove, Pennsylvania 17362, free and clear of liens, to Michael J. and Karen Schilling for Three Hundred Seventy-Four Thousand Nine Hundred Dollars and Zero Cents ($374,900.00) is approved and the distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor may be liable, including real estate commission.

2. Payment in full of all liens or encumbrances, including those held by:

    a. Lakeview Loan Servicing, LLC

    b. Sun East Federal Credit Union

    c. In the event that all liens listed in a-b above are not paid in full, the sale will not occur.

3. All net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, shall be paid to the Debtors at closing pursuant to 11 U.S.C. § 522(b)(3)(B).

**IT IS FURTHER ORDERED** that the fourteen (14) day stay of this Order provided by Federal Rule of Bankruptcy Procedure 6000(h) is waived and Debtor may act immediately upon this Order.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 15, 2025